UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MODESTO ESTRADA-SAMAYOA,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>Respondents. | No. 1:25-cv-01565-EFB (HC)<br><br>NOTICE UNDER RULE 65(a)(2) & ORDER |

On November 14, 2025, petitioner filed a Petition for Writ of Habeas Corpus and Request for Injunctive Relief and, concurrently, a Motion for Temporary Restraining Order. ECF Nos. 1-2. The same day, the District Judge ordered respondents to file a response to the Motion for Temporary Restraining Order. ECF No. 4. Respondents complied, filing an opposition brief on November 18, 2025. ECF No. 7. On November 20, 2025, the matter was referred to the undersigned on the consent of the parties, ECF No. 9, and, the same day, the undersigned ordered respondent to file an answer / return to the petition within 14 days. ECF No. 10. Petitioner then filed a reply to respondents' opposition to the motion for temporary restraining order, ECF No. 12, and, on November 24, 2025, that motion was granted. ECF No. 13. The court ordered petitioner released and directed respondents to show cause why permanent injunctive relief should not be granted. *Id*. To date, respondents have not filed a responsive pleading to that

1

order, nor to the court's November 20, 2025 order.

In the interest of judicial economy, therefore, the court finds it appropriate and intends to consolidate the request for permanent injunctive relief with the determination of the merits of the petition under Federal Rule of Civil Procedure 65(a)(2).  *See Slidewaters LLC v. Wash. State Dep't of Lab. & Indus.*, 4 F.4th 747, 759 (9th Cir. 2021) (noting the court can invoke Rule 65(a)(2) by giving "clear and unambiguous notice").

Accordingly, the parties are HEREBY ORDERED to file any supplemental briefing on the merits of the Petition for Writ of Habeas Corpus no later than seven (7) days from the date of this order.  The court's November 24, 2025 Order granting petitioner's Motion for Temporary Restraining Order remains in effect pending further order of the court.

DATED: December 30, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2